MARTE J. BASSI, ESQ. (SBN 130882)
mbassi@behblaw.com
D. MARK JACKSON, ESQ. (SBN 218502)
mjackson@behblaw.com
ANDREA K. LENHARDT, ESQ. (SBN 265261)
alenhardt@behblaw.com
BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:  (415) 397-9006
Facsimile:   (415) 397-1339

Attorneys for Defendant
GC SERVICES, LP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WALSH,<br><br>      Plaintiff,<br><br>  vs.<br><br>GC SERVICES, LP,<br><br>      Defendant. | Case No. 2:17-cv-09202-DSF (AGR)<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT:

    In accordance with Local Rule 16-15.7 the parties hereby submit this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request 30 days in which to file the dismissal.

Date:   January 26, 2018         BASSI, EDLIN, HUIE & BLUM LLP

                                       By: /s/ Andrea. K. Lenhardt_____
                                          ANDREA K. LENHARDT
                                         Attorney for Defendant GC Services, LP

Date:   January 26, 2018         THE LAW OFFICES OF JEFFREY LOHMAN, P.C.

                                       By: /s/ Jeremy E. Branch_____
                                          JEREMY E. BRANCH
                                         Attorney for Plaintiff William Walsh

    I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document

Date:   January 26, 2018         BASSI, EDLIN, HUIE & BLUM LLP

                                       By: /s/ Andrea K. Lenhardt_____
                                          ANDREA K. LENHARDT
                                         Attorney for Defendant GC Services, LP